# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|           Plaintiff,      ) | Case No.  2:14-cr-00178-JAD-GWF |
| vs.      ) | **ORDER** |
| IAN ALEXANDER PINCOMBE,      ) | Ex-Parte Motion to Withdraw (#18) |
|           Defendant.      ) | |

      This matter comes before the Court on Assistant Federal Public Defender Paul D. Riddle's Ex-Parte Motion to Withdraw (#18) as appointed counsel for Defendant Ian Alexander Pincombe ("Defendant"), filed on June 24, 2014.  Defendant's trial is set for July 29, 2014.  Counsel represents that his representation of Defendant creates a serious conflict, which necessitates the need for withdrawal.  Local Rule IA 10-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of court."  The Court finds Counsel establishes good cause for the withdrawal.  Accordingly,

    **IT IS HEREBY ORDERED** that Assistant Federal Public Defender Paul D. Riddle's Ex-Parte Motion to Withdraw (#18) as appointed counsel for Defendant Ian Alexander Pincombe is **granted**.

      DATED this 25th day of June, 2014.

                                                  _____
                                                  GEORGE FOLEY, JR.
                                                  United States Magistrate Judge