```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

           JUN 2 5 2014

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IAN ALEXANDER PINCOMBE,<br><br>Defendant. | 2:14-cr-00178-JAD-GWF-1<br><br>**ORDER** |

On May 7, 2014 the Federal Public Defender was appointed to represent Ian Alexander Pincombe. The court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that Richard A. Wright, is APPOINTED as counsel for Ian Alexander Pincombe in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Wright forthwith.

DATED this 25th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE