# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00178-JAD-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| IAN ALEXANDER PINCOMBE, | Motion to Dismiss Indictment (#27) |
| Defendant. | |

This matter comes before the Court on Defendant's Motion to Dismiss Indictment (#27), filed on August 19, 2014.

Defendant Pincombe was appointed counsel on May 7, 2014. *See Dkt. #8*. On June 25, 2014, Richard A. Wright was appointed CJA counsel for Defendant in place of Federal Public Defender Paul Riddle. *See Dkt. #20*. Now before the Court is Defendant's *pro se* motion to dismiss indictment. *See Dkt. #27*.

Pursuant to Local Rule IA 10-6, "[a] party who has appeared by attorney cannot while so represented appear or act in the case." Therefore, the Court must deny Defendant's motion at this time considering that he is currently represented by counsel and failed to bring the aforementioned motion through his counsel of record. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Indictment (#27) is **denied**, without prejudice.

DATED this 20th day of August, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge