```
       FILED              RECEIVED
       ENTERED            SERVED ON
                    COUNSEL/PARTIES OF RECORD

              OCT - 8 2014

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
BY:                           DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:14-cr-00178-JAD-GWF |
| IAN ALEXANDER PINCOMBE, | |
| Defendant. | **ORDER** |

On June 25, 2014 Richard Wright was appointed to represent Ian Alexander Pincombe. The court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that Jennifer Waldo, is APPOINTED as counsel for Ian Alexander Pincombe in place of Richard Wright for all future proceedings.

Mr. Wright shall forward the file to Ms. Waldo forthwith.

DATED this 8th day of October, 2014.
Nunc Pro Tunc: October 7, 2014.

UNITED STATES MAGISTRATE JUDGE