1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   ALLISON L. HERR
3  Special Assistant United States Attorney
   333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada  89101
   702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00178-JAD-GWF |
| Plaintiff, | STIPULATION TO CONTINUE MOTION DEADLINES AND HEARING |
| vs. | (2nd request) |
| IAN PINCOMBE, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney; Allison L. Herr, Special Assistant United States Attorney, counsel for the United States of America and Jennifer Waldo, Esq., counsel for defendant Ian Pincombe, that the deadline for the government to file its response to the Defendant's Motion to Dismiss be continued to February 5, 2015, that the deadlines for filing any and all replies be continued to February 12, 2015.

This Stipulation is entered into for the following reasons:

1.    The parties are in the midst of plea negotiations, which if successful would obviate the need for the Defendant's Motion.

2. The additional time requested is not sought for the purposes of delay, but to allow counsel sufficient time to complete negotiations.

3. The parties agree to the continuance.

4. The defendant is in custody and does not object to a short continuance.

5. Denial of this request could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code §3161(h)(7)(A), considering the factors under Title 18, United States Code §3161(h)(7)(B) and § 3161(h)(7)(B)(iv).

6. This is the <u>second</u> request to continue the hearing.

DATED this 29th day of January, 2015.

| | |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney | JENNIFER WALDO<br>Attorney for Defendant |
| By: /s/ Allison Herr<br>    ALLISON L. HERR<br>    Special Assistant United States Attorney | By: /s/   Jennifer Waldo<br>    JENNIFER WALDO |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00178-JAD-GWF |
| Plaintiff, | FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER |
| vs. | |
| IAN PINCOMBE, | |
| Defendants. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. The parties are in the midst of plea negotiations, which if successful would obviate the need for the Defendant's Motion.

2. The additional time requested is not sought for the purposes of delay, but to allow counsel sufficient time to complete negotiations.

3. The parties agree to the continuance.

4. The defendant is in custody and does not object to a short continuance.

5. Denial of this request could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code §3161(h)(7)(A), considering the factors under Title 18, United States Code §3161(h)(7)(B) and § 3161(h)(7)(B)(iv).

///

///

///

THEREFORE, IT IS HEREBY ORDERED that the deadline for the government to file its response to the Defendant's Motion to Dismiss be continued to February 5, 2015, that the deadlines for filing any and all replies be continued to February 12.

DATED this 30th day of January, 2015.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE