UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Ian Alexander Pincombe,<br><br>    Defendant | 2:14-cr-00178-JAD-GWF-1<br><br>**Order Adopting Report and Recommendation and Denying Defendant's Motion to Dismiss**<br><br>**[ECF 77, 41]** |

      Defendant Ian Pincombe stands charged with possession of child pornography and related offenses.[1] These charges stem from an undercover "reverse sting" operation launched by Henderson Police Department Detective Tuan Yurek in response to Pincombe's personal advertisement on Craigslist. Magistrate Judge George Foley, Jr. heard Pincombe's motion to dismiss this case based on outrageous government conduct; found that Detective Yurek did not engage in outrageous conduct,[2] and recommends that I deny Pincombe's motion.[3] Objections were due by November 20, 2015, and Pincombe has neither filed an objection nor requested an extension to do so.

      "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Accordingly,

      It is hereby ORDERED, ADJUDGED, and DECREED that Magistrate Judge Foley's Report and Recommendation **[ECF 77]** is **ADOPTED**; Defendant's Motion to Dismiss For Outrageous

---

[1] ECF 13

[2] ECF 41, 70.

[3] ECF 77.

1 | Government Conduct **[ECF 41]** is **DENIED.**
2 | Dated: December 7, 2015.

_____
Jennifer A. Dorsey
United States District Judge