# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cr-00178-JAD-GWF |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| IAN ALEXANDER PINCOMBE, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant Ian Alexander Pincombe's Motion to Temporarily Suspend Local Rule 10-6(a) (ECF No. 101), filed on November 4, 2016.

LR IA 11-6 states that "[a] party who has appeared by attorney cannot while so represented appear or act in the case." Defendant requests exemption from LR IA 11-6 only for the purpose of filing a motion to dismiss counsel. The Court grants Defendant's request for exemption for LR IA 11-6 for the purpose of filing a motion to dismiss counsel. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Ian Alexander Pincombe's Motion to Temporarily Suspend Local Rule 10-6(a) (ECF No. 101) is **granted**. Defendant may proceed to file his motion to dismiss counsel.

DATED this 8th day of November, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge