# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00178-JAD-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| IAN ALEXANDER PINCOMBE, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Temporarily Suspend Local Rule 10-6(a) (ECF No. 112), filed on February 8, 2017. Within his Motion to Temporarily Suspend Local Rule 10-6, Defendant attached his Motion to Dismiss Indictment for Violation of Speedy Trial Act and Sixth Amendment. *See* ECF No. 112.

On February 8, 2017, the Court granted Defendant's Motion to Withdraw Attorney (ECF No. 108). The Court found that Defendant knowingly and voluntarily waived his right to counsel. *See* ECF No. 110. The Court therefore denies Defendant's Motion to Temporarily Suspend Local Rule 10-6(a) as moot. Because Defendant now represents himself, he may file motions on his own behalf. The Court, however, makes no determination as to whether Defendant's Motion to Dismiss Indictment for Violation of Speedy Trial Act and Sixth Amendment attached to his Motion to Temporarily Suspend Local Rule is timely or has any merit. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Temporarily Suspend Local Rule 10-6(a) (ECF No. 112) is **denied** as moot.

DATED this 14th day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge