# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>IAN ALEXANDER PINCOMBE,<br><br>　　　　　　　Defendant. | Case No.  2:14-cr-00178-JAD-GWF<br><br>**ORDER** |

　　　　This matter is before the Court on Defendant's Motion to Dismiss Indictments for Violation of Speedy Trial Act and Sixth Amendment that is attached to his Motion to Temporarily Suspend Local Rule 10-6(a) (ECF No. 112), filed on February 8, 2017.  Upon review and consideration,

　　　　**IT IS HEREBY ORDERED** that the Clerk of Court shall file Defendant's Motion to Dismiss Indictments for Violation of Speedy Trial Act and Sixth Amendment that is attached to his Motion to Temporarily Suspend Local Rule 10-6(a) (ECF No. 112) as a separate docket entry in CM/ECF.

　　　　**IT IS FURTHER ORDERED** that the Government shall have until **March 13, 2017** to file its Response.

　　　　DATED this 28th day of February, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge