# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )

        Plaintiff,       )

vs.         )

IAN ALEXANDER PINCOMBE,    )

        Defendant.     )

Case No.  2:14-cr-00178-JAD-GWF

**ORDER**

This matter is before the Court on Defendant's Motion for Court Appointed Law Library Hours (ECF No. 113), filed on February 10, 2017.

Defendant requests that he be allowed 3 to 5 hours per day of law library time at the Nevada Southern Detention Center to prepare his defense.  Defendant represents himself in this matter and the Court, therefore, finds his request reasonable.  The Court grants Defendant's Motion for Court Appointed Law Library Hours and instructs the Clerk of the Court to provide this Order to the US Marshals to serve the Nevada Southern Detention Center.

**IT IS HEREBY ORDERED** that  Defendant's Motion for Court Appointed Law Library Hours (ECF No. 113) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide this Order to the US Marshals to serve the Nevada Southern Detention Center.

DATED this 3rd day of March, 2017.

_____

GEORGE FOLEY, JR.

United States Magistrate Judge