# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Ian Alexander Pincombe,<br><br>    Defendant | 2:14-cr-00178-JAD-GWF<br><br>**Order Granting Request for Extension of Time**<br><br>[ECF Nos. 167] |

Defendant Ian Pincombe stands charged with possession of child pornography and related offenses. On May 16, 2017, I ordered him to undergo a psychiatric or psychological examination under 18 U.S.C. § 4241. The warden at the facility where he will undergo this evaluation has indicated by letter [ECF No. 167] that Pincombe arrived at the facility in Los Angeles, California, on May 25, 2017, and that the clinical psychologist requests a 15-day extension of the original 30-day period for the evaluation, representing that this additional time is "necessary to develop a history, diagnosis, and opinion."[1]

Good cause that the additional time is necessary to observe and evaluate the defendant appearing, and based on the findings in my original § 4241 order [ECF No. 165] and based on 18 U.S.C. §§ 4241(b) and 4247(b),

IT IS HEREBY ORDERED (nunc pro tunc) that the defendant, Ian Alexander Pincombe, be committed to the Metropolitan Detention Center (MDC) in Los Angeles, CA, commencing on May 25, 2017. And IT IS FURTHER ORDERED that the 30-day period of commitment be extended by 15 days to July 9, 2017.

Dated: June 9, 2017

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 167.