# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,            )   Case No. 2:14-cr-00178-JAD-GWF
                                  )
vs.                               )   **ORDER**
                                  )
IAN ALEXANDER PINCOMBE,           )
                                  )
        Defendant.            )
_____)

This matter is before the Court on the Government's Motion to Strike Defendant's Pro Se Filing and Motion for Standing Order to Strike Defendant's Pro Se Filings (ECF No. 176), filed on September 8, 2017. Local Rule IA 11-6(a) provides that "[a] party who has appeared by attorney cannot while so represented appear or act in the case." Defendant filed a Motion for Disqualification of Federal Judge (ECF No. 175) pro se on September 7, 2017. Defendant, however, is currently represented by Daniel Albregts, Esq. Therefore, the Court will not consider Defendant's motion. The Court grants the Government's request to strike Defendant's Motion for Disqualification of Federal Judge and Defendant's future pro se filings. Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion to Strike Defendant's Pro Se Filing and Motion for Standing Order to Strike Defendant's Pro Se Filings (ECF No. 176) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to strike Defendant's Motion for Disqualification of Federal Judge (ECF No. 175) from the record.

DATED this 11th day of September, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge