UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
****

UNITED STATES OF AMERICA             2:14-cr-00178-JAD-GWF
          Plaintiff,

vs.                                  MINUTES OF THE COURT

IAN ALEXANDER PINCOMBE               DATE: 12/6/2017
          Defendant.


PRESENT: <u>HONORABLE JENNIFER A. DORSEY, UNITED STATES DISTRICT JUDGE</u>

DEPUTY CLERK: <u>DANIELLE CACCIABAUDO</u>          REPORTER: <u>FELICIA ZABIN</u>

COUNSEL FOR PLAINTIFF(S): <u>FRANK COUMOU and ELHAM ROOHANI (also at counsel table is Case Agent Taun Yurek)</u>

COUNSEL FOR DEFENDANT(S): <u>DANIEL ALBREGTS</u>

PROCEEDINGS: **Jury Trial - Day 2**

9:00 AM Court convenes in the presence of the jury.  Defendant is present in custody.

**Detective Yurek,** being previously sworn, resumes the stand on cross examination on behalf of the defense by Mr. Albregts.  Redirect is conducted by Mr. Coumou.  Witness is excused, subject to recall.

**JOSEPH EBERT**, is sworn, and testifies on direct examination on behalf of the government by Mr. Coumou.  Cross examination is conducted on behalf of the defense by Mr. Albregts. Witness is excused.

**SPECIAL AGENT NICK BUGNI,** is sworn, and testifies on direct examination on behalf of the government by Mr. Coumou.  **EXHIBITS 5-1 through 5-14, and 27** are marked and admitted into evidence. Cross examination is conducted on behalf of the defense by Mr. Albregts.  Redirect is conducted by Mr. Coumou.  Witness is excused.

10:00 AM Jury is admonished and excused for a morning break. Court stands at recess.

10:10 AM Court reconvenes outside the presence of the jury.  All parties are present.  The Court and counsel address housekeeping matters.

10:16 AM Jury enters the courtroom.  **Detective Yurek**, being previously sworn, resumes the stand on direct examination on behalf of the government by Ms. Roohani.  The Court deems Detective Yurek as an expert witness and admonishes the jury about his dual role testimony.
**EXHIBITS 6, 20, 29, 30, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 21, 22-1 through 22-5, 24,**

**25, 19, and 23** are marked and admitted into evidence. Cross examination is conducted on behalf of the defense by Mr. Albregts. Ms. Roohani conducts redirect examination. Witness is excused.

12:11 PM Jury is admonished and excused for the lunch break. Court stands at recess.

12:20 PM Court reconvenes outside the presence of the jury. All parties are present. The Court and counsel review jury instructions.

The defendant is canvassed about whether or not he will testify. The defendant advises he will not testify.

The Government, having advised the Court that it will not continue to urge its Motion in Limine [ECF No. 184], it is DENIED as moot.

12:53 PM Court stands at recess.

2:07 PM Court reconvenes outside the presence of the jury. All parties are present. The Court and counsel finalize jury instructions.

2:10 PM Court stands at recess.

2:15 PM Court reconvenes outside the presence of the jury. All parties are present.

Mr. Albregts makes an oral Rule 29A motion. Government responds. The Court reserves her ruling on the motion.

2:17 PM Court stands at recess.

2:25 PM Court reconvenes in the presence of the jury. Government rests it's case-in-chief. Mr. Albregts states that the defense will not present any exhibits or witnesses.

The Court instructs the jury on the law as contained in the jury instructions.

Closing arguments are presented by Ms. Roohani on behalf of the government. Mr. Albregts presents closing arguments on behalf of the defense. Mr. Coumou presents rebuttal arguments on behalf of the government.

The Court continues to instruct the jury on the law as contained in the jury instructions.

The Court thanks and excuses the alternate jurors from the courtroom.

The bailiff is sworn to take charge of the jury.

3:32 PM The jury retires to deliberate.

The Court addresses the defendant's oral Rule 29A Motion outside the presence of the jury. For reasons stated on the record, the Court DENIES the motion.

3:40 PM Court adjourns.

3:55 PM Court reconvenes outside the presence of the jury. All parties are present.  The Court advises the parties that the jury has reached a unanimous verdict.

3:57 PM Jury enters the courtroom. The foreperson advises that the jury has reached a unanimous verdict.

The Court publishes the verdict. The defendant is found GUILTY on all counts as charged with in the Superseding Indictment [ECF No. 94].  By request from Mr. Albregts, the jury is polled.

The jury is thanked for the service and is excused from the courtroom.

The Court advises the parties that the Sentencing and disposition will be held on **March 5, 2018 at 9:00 AM in LV Courtroom 6D before Judge Jennifer A. Dorsey.**

4:02 PM Court adjourns.  Defendant is remanded to custody.


DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____
Danielle Cacciabaudo, Deputy Clerk