1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,          )   2:14-CR-178-JAD-(GWF)
                                       )
9              Plaintiff,              )
                                       )
10         v.                          )   Preliminary Order of Forfeiture
                                       )
11  IAN ALEXANDER PINCOMBE,            )
                                       )
12 _____Defendant._____   )

13        This Court finds that defendant Ian Alexander Pincombe was found guilty of Counts One

14 through Three of a Three-Count Superseding Criminal Indictment charging him in Count One

15 with Coercion and Enticement in violation of Title 18, United States Code, Section 2422(b); in

16 Count Two with Possession of Child Pornography in violation of Title 18, United States Code,

17 Section 2252A(a)(5)(B); and in Count Three with Receipt or Distribution of Child Pornography

18 in violation of Title 18, United States Code, Section 2252(a)(2). Superseding Criminal

19 Indictment, ECF No. 94; Minutes of Jury Trial, ECF No. 197; Jury Verdict, ECF No. 203.

20        This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

21 America has shown the requisite nexus between property set forth in the Forfeiture Allegations

22 of the Superseding Criminal Indictment and the offenses to which defendant Ian Alexander

23 Pincombe was found guilty. Superseding Criminal Indictment, ECF No. 94; Minutes of Jury

24 Trial, ECF No. 197; Jury Verdict, ECF No. 203.

25        The following property is (1) any property, real or personal, used or intended to be used

26 to commit or to facilitate the commission of Title 18, United States Code, Section 2422(b); (2)

any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of a violation of Title 18, United States Code, Section 2422(b); (3) any property, real or personal, used or intended to be used to commit or to facilitate the commission of Title 18, United States Code, Section 2422(b); (4) any property, real or personal, that constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 2422(b); (5) any visual depiction described in Title 18, United States Code, Sections 2252 and 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252A(a)(5)(B); (6) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from violations of Title 18, United States Code Section 2252(a)(2) and 2252A(a)(5)(B); and (7) any property, real or personal, used or intended to be used to commit or to promote the commission of Title 18, United States Code, Sections 2252(a)(2) and 2252A(a)(5)(B) or any property traceable to such property, and is subject to forfeiture pursuant to Title 18, United States Code, Section 2428(a)(1); Title 18, United States Code, Section 2428(a)(2); Title 18, United States Code, Section 2428(b)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 2428(b)(1)(B) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 2253(a)(1); Title 18, United States Code, Section 2253(a)(2); and Title 18, United States Code, Section 2253(a)(3):

1. White Samsung Galaxy SII Cell Phone S/N R31D30C24RK; and
2. Lenovo PC Tower S/N 11S111R6302ZVJ3DZ81TFZ7

(all of which constitutes property).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of Ian Alexander Pincombe in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 14th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE

4

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on December 12, 2017.

/s/ Mary Stolz
MARY STOLZ
FSA Paralegal