
```
___FILED          ___RECEIVED
___ENTERED        ___SERVED ON
                  COUNSEL/PARTIES OF RECORD

        MAR - 5 2018

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CR-178-JAD-(GWF) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| IAN ALEXANDER PINCOMBE, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to 32.2(b)(1) and (2); Title 18, United States Code, Section 2428(a)(1); Title 18, United States Code, Section 2428(a)(2); Title 18, United States Code, Section 2428(b)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 2428(b)(1)(B) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 2253(a)(1); Title 18, United States Code, Section 2253(a)(2); and Title 18, United States Code, Section 2253(a)(3) based upon the jury verdict finding defendant Ian Alexander Pincombe guilty of the criminal offenses, forfeiting specific property set forth in the Forfeiture Allegations of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant Ian Alexander Pincombe was found guilty. Superseding Criminal Indictment, ECF No. 94; Minutes of Jury Trial, ECF No. 197; Jury Verdict, ECF No. 203; Preliminary Order of Forfeiture, ECF No. 205.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from December 21, 2017, through January 19, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 207.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2428(a)(1); Title 18, United States Code, Section 2428(a)(2); Title 18, United States Code, Section 2428(b)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 2428(b)(1)(B) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 2253(a)(1); Title 18, United States Code, Section 2253(a)(2); Title 18, United States Code, Section 2253(a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. White Samsung Galaxy SII Cell Phone S/N R31D30C24RK; and
2. Lenovo PC Tower S/N 11S111R6302ZVJ3DZ81TFZ7

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

///

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 5th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE