FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

APR - 4 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cr-178-JAD-GWF |
| Plaintiffs, ) | |
| v. ) | ORDER TEMPORARILY |
| IAN PINCOMBE, ) | UNSEALING AUDIO RECORDING |
| Defendant. ) | |

Erica Choi, AFPD, has submitted Transcript Order requests for transcripts of the following hearing dates: 8/18/2014, 10/06/2014, and 06/02/2016. Each of these proceedings contain a sealed portion. The transcripts are to be prepared by Felicia Zabin, Transcriber.

**IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Felicia Zabin and providing a copy of the transcript to Erica Choi, AFPD, as requested.

**IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 4th day of April, 2018.

_____
GEORGE W. FOLEY, JR.
United States Magistrate Judge