```
UNITED STATES DISTRICT COURT
     DISTRICT OF NEVADA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          Plaintiff,       )<br>                             )<br>     vs.                    )<br>                             )<br>IAN ALEXANDER PINCOMBE,      )<br>          Defendant.         ) | Case No. 2:14-cr-178-JAD-GWF<br><br>ORDER TEMPORARILY<br>UNSEALING PROCEEDING |

Felicia Zabin, Official Court Reporter, received a Transcript Order form requesting the transcript of the proceedings held on 11/6/2017, a portion of which is sealed.

IT IS THEREFORE ORDERED that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as requested by Erica J. Choi, AFPD.  The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 U.S.C. § 753(b), until further order of this Court.

IT IS FURTHER ORDERED that Felicia Zabin, Official Court Reporter, shall not disclose the contents of the transcript of the sealed proceeding to anyone other than the parties or representatives of the parties directly concerned with this case.

DATED this 13th day of April, 2018.

_____
JENNIFER A. DORSEY
United States District Judge