IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )   Case No. 2:14-cr-178-JAD-GWF
          Plaintiffs,      )
v.                         )   ORDER TEMPORARILY
IAN PINCOMBE,              )   UNSEALING AUDIO RECORDING
          Defendant.       )

Erica Choi, AFPD, has submitted a Transcript Order request for requesting a transcript from the hearing held on 2/8/2017 of which a portion of that hearing was sealed. The transcript is to be prepared by Felicia Zabin, Transcriber.

**IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Felicia Zabin and providing a copy of the transcript to Erica Choi, AFPD, as requested.

**IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 16th day of April, 2018.

_____
GEORGE W. FOLEY, JR.
United States Magistrate Judge