```
UNITED STATES DISTRICT COURT
     DISTRICT OF NEVADA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-cr-178-JAD-GWF |
| Plaintiff, | ) | |
| | ) | ORDER TEMPORARILY |
| vs. | ) | UNSEALING TRANSCRIPT |
| IAN ALEXANDER PINCOMBE, | ) | |
| Defendant. | ) | |

Felicia Zabin, Court Reporter, received a Transcript Order form from Erica J. Choi, AFPD, requesting requesting a transcript from the 11/27/2017 Calendar Call, a portion of said hearing was sealed.

IT IS THE ORDER OF THE COURT that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the requested transcript to Erica J. Choi, AFPD.

IT IS FURTHER ORDERED that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

IT IS FURTHER ORDERED that the receiving party shall not disclose the sealed contents of the transcript of the sealed proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 16th day of April, 2018.

_____
JENNIFER A. DORSEY
United States District Judge