**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>IAN ALEXANDER PINCOMBE,<br><br>  Defendant. | 2:14-CR-178-JAD-GWF<br><br>**Amended Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2), and (b)(5); 18 U.S.C. § 2428(a)(1); 18 U.S.C. § 2428(a)(2); 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2428(b)(1)(B) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2253(a)(1); 18 U.S.C. § 2253(a)(2); and 18 U.S.C. § 2253(a)(3) based upon the jury verdict finding Ian Alexander Pincombe guilty of the criminal offenses, forfeiting specific property set forth in the Forfeiture Allegations of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Ian Alexander Pincombe was found guilty. Superseding Criminal Indictment ECF No. 94; Minutes of Jury Trial, ECF No. 197; Verdict Form, ECF No. 203; Preliminary Order of Forfeiture, ECF No. 205.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

1  This Court finds the United States published the notice of forfeiture in accordance
2  with the law via the official government internet forfeiture site, www.forfeiture.gov,
3  consecutively from December 21, 2017, through January 19, 2018, notifying all potential
4  third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF
5  No. 207, p. 3-5.
6  This Court finds no petition was filed herein by or on behalf of any person or entity
7  and the time for filing such petitions and claims has expired.
8  This Court finds no petitions are pending with regard to the property named herein
9  and the time for presenting such petitions has expired.
10  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
11  all possessory rights, ownership rights, and all rights, titles, and interests in the property
12  hereinafter described are condemned, forfeited, and vested in the United States of America
13  pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18
14  U.S.C. § 2428(a)(1); 18 U.S.C. § 2428(a)(2); 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. §
15  2461(c); 18 U.S.C. § 2428(b)(1)(B) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2253(a)(1); 18
16  U.S.C. § 2253(a)(2); 18 U.S.C. § 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed
17  of according to law:

    1. White Samsung Galaxy SII Cell Phone S/N R31D30C24RK; and

    2. Lenovo PC Tower S/N 11S111R6302ZVJ3DZ81TFZ7

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

/ / /

/ / /

/ / /

2

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED: November 19, 2020.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE